IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LARRY EDGAR ESTRADA., ) | |
| ) | |
| *Petitioner*, ) | Civil Action No. H-03-3660 |
| ) | |
| v. ) | |
| ) | |
| LORIE DAVIS, *Director* ) | Judge Kenneth Hoyt |
| *Texas Department of Criminal Justice,* ) | |
| *Correctional Institutions Division,* ) | |
| ) | |
| *Respondent*. ) | |

**PETITIONER LARRY EDGAR ESTRADA'S ADVISORY IN RESPONSE
TO THE COURT'S ORDER OF NOVEMBER 14**

THIS IS A DEATH CASE

Pursuant to this Court's Order entered November 14, 2019 (the "Order"), counsel for Mr. Estrada submits this requested Advisory concerning the status of this case.[1] The Court's Order required that Petitioner file a post-conviction challenge to his capital conviction and sentence by no later than December 12, 2019.

With the filing of this Advisory, Petitioner seeks to inform the Court that he has filed a post-conviction challenge to his capital conviction and sentence in the 262nd Judicial District of Harris County, Texas. Petitioner attaches his Successive Application for Post-Conviction Writ of Habeas Corpus as Exhibit A along with sub-exhibits 1-26.

---

[1] Counsel for Estrada was appointed by this Court to represent him in this federal habeas corpus proceeding.

## CONCLUSION

Now that Mr. Estrada has filed his successive habeas petition, he has advanced his claims, as ordered by this Court, and he believes that given his progress, it is in the interest of justice to hold the stay in place.

DATED: December 12, 2019                     Respectfully submitted,

                                             By: /s/ Charles S. Kelley
                                                 Charles S. Kelley
                                                 *Attorney-in-Charge*
                                                 Texas Bar No. 11199580
                                                 Southern District I.D. No. 15344

                                             MAYER BROWN LLP
                                             700 Louisiana Street, Suite 3400
                                             Houston, Texas 77002-2730
                                             (713) 238-2634
                                             (713) 224-4634 FAX
                                             Email: ckelley@mayerbrown.com

                                             **ATTORNEY-IN-CHARGE FOR PETITIONER LARRY EDGAR ESTRADA**

OF COUNSEL:

Quinncy N. McNeal
State Bar No. 24074690
Christopher C. Watts
State Bar No. 24088611
MAYER BROWN LLP
700 Louisiana, Suite 3400
Houston, Texas 77002
Phone: (713) 238-3000
Fax: (713) 238-4888
Email: qmcneal@mayerbrown.com
      cwatts@mayerbrown.com

Marc Kadish
Maria C. Critelli
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606
Phone: (312) 701-8747
Email: mkadish@mayerbrown.com
      mcritelli@mayerbrown.com

Jared Tyler
State Bar No. 24042073
TYLER LAW FIRM, PLLC
P.O. Box 764
Houston, TX 77001
Phone: (713) 861-4004
Email: jptyler@tylerlawfirm.org

Kyle E. Friesen
State Bar No. 24061954
SHOOK HARDY & BACON
600 Travis St., Suite 3400
Houston, TX 77002
Phone: (713) 227-8008
Fax: (713) 227-9508
Email: kfriesen@shb.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Advisory in Response to the Court's Order of November 14, 2019, was served on all counsel of record by operation of this Court's CM/ECF system this 12th day of December, 2019.

                                            /s/ Christopher C. Watts
                                            Christopher C. Watts