# GROUP EXHIBIT 2

# EXHIBIT 2A

CSDSP040 . .J. - INSTITUTIONAL D IF N 1999/04
E - E017 DISPLAY DISCPLINARY CASE 09:08
CASE#: 990255575 TDCNO: 00999259 NAME: ESTRADA,LARRY EDGAR
CURRENT UNIT: E HOUSING: F-01-1A 13 CLASS: L1 CUSTODY: D1 TYPE: S
OFFENSE DATE: 042699 TIME: 09 : 30 AM LOCATION: E H 20 DAY ROOM
CHARGING OFFICER: BROWN, R. SHIFT/CARD: 1 B
OFFENSE CODES: A) 24 . 0 B) . C) . D) .
DESCRIPTORS: A) B) C) D)
CLERK RCVD: 042799 30 DAY SERVICE LAPSE: 052699 20 DAY HEARING LAPSE: ______
MAJOR: DAT GRADE: MA CS/RCVD: AJ / 042799
SERVED DATE: ______ REVIEW DATE: ______ DHO: ____ HEARING DATE: ______

COUNSEL SUBSTITUTE HAS BEEN APPOINTED BECAUSE:

(A.) OFFENDER IN ANY FORM OF SEGREGATION

(B.) EA BELOW 5.0 IQ BELOW 73

C. LITERACY IS QUESTIONABLE

D. OFFENDER HAS DIFFICULTY UNDERSTANDING ENGLISH

(E.) OFFENDER HAS REQUESTED COUNSEL SUBSTITUTE

F. OFFENDER HAS REQUESTED WITNESS WHO CANNOT ATTEND THE HEARING

(G.) COMPLEXITY OF CASE WARRANTS COUNSEL SUBSTITUTE

---

A. THE OFFICER'S REPORT CLEARLY DESCRIBES THE INCIDENT IN QUESTION YES ✓ NO__
B. CHARGES LISTED WERE REVIEWED WITH REFERENCE TO TDCJ DISCIPLINARY RULES AND PROCEDURES YES ✓ NO__
C. OFFENSE DESCRIPTION IN REPORT SUBSTANTIATES THAT EACH OF THE ALLEGED OFFENSES WERE VIOLATED YES ✓ NO__
IF NO, EXPLAIN: ______

1. THE ACCUSED WAS INFORMED OF THE FOLLOWING RIGHTS: YES N
A. TO CALL/QUESTION WITNESSES: ✓
B. TO PRESENT DOCUMENTARY EVIDENCE: ✓
C. TO BE REPRESENTED BY COUNSEL SUBSTITUTE: ✓
D. TO CALL/QUESTION CHARGING OFFICER AT HEARING: yes ✓
E. THE OFFENDER STATES HE/SHE UNDERSTANDS REPORT, CHARGES AND RIGHTS: ✓
F. THE OFFENDER STATES HE/SHE WISHES TO ATTEND HIS/HER HEARING: ✓
G. THE ACCUSED OFFENDER STATED HE/SHE HAS VIOLATED THE FOLLOWING OFFENSE(S): A. ~~0~~ B. ___ C. ___ D. ___
H. THE ACCUSED OFFENDER STATED HE/SHE DID NOT VIOLATE THE FOLLOWING OFFENSE(S): A. ~~0~~ B. ___ C. ___ D. ___

THE OFFENDERS EXCUSES, REASONS, AND/OR STATEMENT: ______

"NO STMT."

2. REQUESTED WITNESSES/DOCUMENTARY EVIDENCE: ______

NONE

CS-10.11A 0010 REVISED 10/9

HPD EST 0096

# EXHIBIT 2B

CSDSP040 T.D.C.J. 1999/10/

E - E017 SERVICE INVESTIGATION WORK SHEET 11:42:

CASE#: 20000055179, TDCJ # 00999259, NAME: ESTRADA,LARRY EDGAR
CURRENT UNIT: E , HOUSING: F-02-2 37 , CLASS: L1, CUSTODY: D1, TYPE:
OFFENSE DATE: 101599, TIME: 09 : 30 PM, LOCATION: E G 15 THREE ROW
CHARGING OFFICER: GOODNIGHT, W. , SHIFT/CARD: 2/
OFFENSE CODES: A) 23 . 0, B) . , C) . , D) . ,
DESCRIPTORS: A) G , B) , C) , D)
PLEA: A) G , B) , C) , D)
CLERK RECD: 101899, SERVICE LAPSE DATE: 111499 , SERVICE DATE: 10/19/9
CS ASSIGNED: Jeter ,

COUNSEL SUBSTITUTE HAS BEEN APPOINTED BECAUSE:

(A) ACCUSED IN ANY FORM OF SEGREGATION
(B) EA BELOW 5.0 IQ BELOW 73
C. LITERACY IS QUESTIONABLE
D. ACCUSED HAS DIFFICULTY UNDERSTANDING ENGLISH
(E.) ACCUSED HAS REQUESTED COUNSEL SUBSTITUTE
F. ACCUSED HAS REQUESTED WITNESS WHO CAN NOT ATTEND THE HEARING
(G.) COMPLEXITY OF CASE WARRANTS COUNSEL SUBSTITUTE

A. OFFICER'S REPORT CLEARLY DESCRIBES THE INCIDENT IN QUESTION: YES ✓ NO
B. CHARGES LISTED WERE REVIEWED WITH REFERENCE TO TDCJ DISCIPLINARY RULES AND PROCEDURES: YES ✓ NO
C. OFFENSE DESCRIPTION IN REPORT SUBSTANTIATES EACH OF THE ALLEGED OFFENSES WERE VIOLATED: YES ✓ NO

IF NO, EXPLAIN:

| 1. THE ACCUSED WAS INFORMED OF THE FOLLOWING RIGHTS: | YES |
|---|---|
| A. TO CALL AND QUESTION WITNESSES | ✓ |
| B. TO PRESENT DOCUMENTARY EVIDENCE | ✓ |
| C. TO BE REPRESENTED BY COUNSEL SUBSTITUTE | ✓ |
| D. TO CALL AND QUESTION THE CHARGING OFFICER AT THE HEARING | ✓ |
| E. THE ACCUSED STATES HE/SHE UNDERSTANDS REPORT, CHARGES AND RIGHTS | ✓ |
| F. THE ACCUSED STATES HE/SHE WISHES TO ATTEND HIS/HER HEARING | ✓ |

2. THE ACCUSED REASONS AND/OR DEFENSE:

Yeah I admit to flooding because Offr O'Hare threw out a lot of my personal items and stuff in the sink and toilet. I asked for a Sgt. and they never brought me one. People on 1,2 & 3 row were yelling for one.

A. REQUESTED WITNESSES: NONE

B. REQUESTED DOCUMENTARY EVIDENCE: NONE

001665

CS-10.11A REVISED 04/

HPD EST 0089

# EXHIBIT 2C

CASE#: 20010078838, TDCJ # 00999259, NAME: ESTRADA,LARRY EDGAR
CURRENT UNIT: TL, HOUSING: 12DE2 70, CLASS: , CUSTODY: D1, TYPE: S
OFFENSE DATE: 111500, TIME: 04 : 30 PM, LOCATION: TL 12 BLDG D POD E SE
CHARGING OFFICER: GRIGGS, F. SGT , SHIFT/CARD: 2/S
OFFENSE CODES: A) 24 . 0, B) . , C) . , D) . ,
DESCRIPTORS: A) B) , C) , D)
PLEA: A) Not Guilty B) ______, C) ______, D) ______
CLERK RCVD: 111500, SERVICE LAPSE DATE: 121500 , SERVICE DATE: 11/17/[illegible] 0635A
CS ASSIGNED: R. Simon, CS I

COUNSEL SUBSTITUTE HAS BEEN APPOINTED BECAUSE:

A. ACCUSED IN ANY FORM OF SEGREGATION
B. EA BELOW 5.0 TO BELOW 73
C. LITERACY IS QUESTIONABLE
D. ACCUSED HAS DIFFICULTY UNDERSTANDING ENGLISH
E. ACCUSED HAS REQUESTED COUNSEL SUBSTITUTE
F. ACCUSED HAS REQUESTED WITNESS WHO CAN NOT ATTEND THE HEARING
G. COMPLEXITY OF CASE WARRANTS COUNSEL SUBSTITUTE

---

A. OFFICER'S REPORT CLEARLY DESCRIBES THE INCIDENT IN QUESTION: YES ✓ NO __
B. CHARGES LISTED WERE REVIEWED WITH REFERENCE TO TDCJ DISCIPLINARY RULES AND PROCEDURES: YES ✓ NO __
C. OFFENSE DESCRIPTION IN REPORT SUBSTANTIATES EACH OF THE ALLEGED OFFENSES WERE VIOLATED: YES ✓ NO __
IF NO, EXPLAIN: ______

---

1. THE ACCUSED WAS INFORMED OF THE FOLLOWING RIGHTS: YES N
A. TO CALL AND QUESTION WITNESSES ✓
B. TO PRESENT DOCUMENTARY EVIDENCE ✓
C. TO BE REPRESENTED BY COUNSEL SUBSTITUTE ✓
D. TO CALL AND QUESTION THE CHARGING OFFICER AT THE HEARING ✓
E. THE ACCUSED STATES HE/~~SHE~~ UNDERSTANDS REPORT, CHARGES AND RIGHTS ✓
F. THE ACCUSED STATES HE/~~SHE~~ WISHES TO ATTEND HIS/~~HER~~ HEARING ✓

---

2. THE ACCUSED REASONS AND/OR DEFENSE: I states he didn't tell me nothing, he just told me to shut up in that issue. I told him he couldn't tell me to shut up, when he was walking away he was try to telling me to shut up. I was talking to somebody else.

A. REQUESTED WITNESSES: None

B. REQUESTED DOCUMENTARY EVIDENCE: None

# EXHIBIT 2D

CASE#: 20020083169, TDCJ # 00999259, NAME: ESTRADA,LARRY EDGAR
CURRENT UNIT: TL, HOUSING: 12EE2 69, CLASS: , CUSTODY: D2, TYPE:
OFFENSE DATE: 111801 TIME: 04 : 43 PM, LOCATION: TL 12 BLDG E POD E
CHARGING OFFICER: TATUM, T. CO III SHIFT/CARD:
OFFENSE CODES: A) 18 , 0, B) 16 , 0, C) D)
DESCRIPTORS: A) 1G , B) G , C) // , D) //
PLEA: A) , B) , C) , D)
CLERK RCVD: 112601, SERVICE LAPSE DATE: 121801 , SERVICE DATE: 11-27-
CS ASSIGNED: W. Hammack, CSI SERVICE TIME:

COUNSEL SUBSTITUTE HAS BEEN APPOINTED BECAUSE:

(A.) ACCUSED IN ANY FORM OF SEGREGATION
(B.) EA BELOW 5.0 IQ BELOW 73
C. LITERACY IS QUESTIONABLE
D. ACCUSED HAS DIFFICULTY UNDERSTANDING ENGLISH
(E.) ACCUSED HAS REQUESTED COUNSEL SUBSTITUTE
F. ACCUSED HAS REQUESTED WITNESS WHO CAN NOT ATTEND THE HEARING
G. COMPLEXITY OF CASE WARRANTS COUNSEL SUBSTITUTE

A. OFFICER'S REPORT CLEARLY DESCRIBES THE INCIDENT IN QUESTION: YES ✓ NO
B. CHARGES LISTED WERE REVIEWED WITH REFERENCE TO TDCJ DISCIPLINARY RULES AND PROCEDURES: YES ✓ NO
C. OFFENSE DESCRIPTION IN REPORT SUBSTANTIATES EACH OF THE ALLEGED OFFENSES WERE VIOLATED: YES ✓ NO

IF NO, EXPLAIN:

1. THE ACCUSED WAS INFORMED OF THE FOLLOWING RIGHTS: YES NO
A. TO CALL AND QUESTION WITNESSES ✓
B. TO PRESENT DOCUMENTARY EVIDENCE ✓
C. TO BE REPRESENTED BY COUNSEL SUBSTITUTE ✓
D. TO CALL AND QUESTION THE CHARGING OFFICER AT THE HEARING ✓
E. THE ACCUSED STATES HE/~~SHE~~ UNDERSTANDS REPORT, CHARGES AND RIGHTS ✓
F. THE ACCUSED STATES HE/~~SHE~~ WISHES TO ATTEND HIS/~~HER~~ HEARING ✓

2. THE ACCUSED REASONS AND/OR DEFENSE:
I had contraband but didn't tear pillow nor mattress - Officers tore them (just got the items in February or march) I sent I60 to Ms Trimble

A. REQUESTED WITNESSES: Ms Trimble - no help

3. REQUESTED DOCUMENTARY EVIDENCE: None

CS-10,11A REVISED 04/99

Note * Pillow now is torn up - Verified by CS
Mattress - foot is ripped up.

000995

HPD EST 0019

# EXHIBIT 2E

CSDSP040 T.D.C.J. 2001/12/12
TL - TLES (header partially obscured) INVESTIGATION WORK SH 09:35:40

CASE#: 20020097673, TDCJ # 00999259, NAME: ESTRADA,LARRY EDGAR
CURRENT UNIT: TL, HOUSING: 12EE2 69 , CLASS: , CUSTODY: D2, TYPE: S,
OFFENSE DATE: 121101, TIME: 02 : 05 PM, LOCATION: TL 12 BLDG E POD E SE,
CHARGING OFFICER: DAVIDSON, C. CO III , SHIFT/CARD: 2/4,
OFFENSE CODES: A) 24 . 0, B) 16 . 0, C) , D) . ,
DESCRIPTORS: A) G , B) G , C) , D) ,
PLEA: A) ______, B) ______, C) ______, D) ______,
CLERK RCVD: 121201, SERVICE LAPSE DATE: 011002 , SERVICE DATE: 12-13-01,
CS ASSIGNED: ______, SERVICE TIME: 0955

COUNSEL SUBSTITUTE HAS BEEN APPOINTED BECAUSE:

A. ACCUSED IN ANY FORM OF SEGREGATION
(B) EA BELOW 5.0 IQ BELOW 73
C. LITERACY IS QUESTIONABLE
D. ACCUSED HAS DIFFICULTY UNDER-STANDING ENGLISH
E. ACCUSED HAS REQUESTED COUNSEL SUBSTITUTE
F. ACCUSED HAS REQUESTED WITNESS WHO CAN NOT ATTEND THE HEARING
G. COMPLEXITY OF CASE WARRANTS COUNSEL SUBSTITUTE

A. OFFICER'S REPORT CLEARLY DESCRIBES THE INCIDENT IN QUESTION: YES ✓ NO ___
B. CHARGES LISTED WERE REVIEWED WITH REFERENCE TO TDCJ DISCIPLINARY RULES AND PROCEDURES: YES ✓ NO ___
C. OFFENSE DESCRIPTION IN REPORT SUBSTANTIATES EACH OF THE ALLEGED OFFENSES WERE VIOLATED: YES ✓ NO ___
IF NO, EXPLAIN: ______

1. THE ACCUSED WAS INFORMED OF THE FOLLOWING RIGHTS: YES NO

| | YES | NO |
|---|---|---|
| A. TO CALL AND QUESTION WITNESSES | ✓ | |
| B. TO PRESENT DOCUMENTARY EVIDENCE | ✓ | |
| C. TO BE REPRESENTED BY COUNSEL SUBSTITUTE | ✓ | |
| D. TO CALL AND QUESTION THE CHARGING OFFICER AT THE HEARING | ✓ | |
| E. THE ACCUSED STATES HE/~~SHE~~ UNDERSTANDS REPORT, CHARGES AND RIGHTS | ✓ | |
| F. THE ACCUSED STATES HE/~~SHE~~ WISHES TO ATTEND HIS/~~HER~~ HEARING | ✓ | |

2. THE ACCUSED REASONS AND/OR DEFENSE: I got caught.

Check paperwork.

A. REQUESTED WITNESSES: none

B. REQUESTED DOCUMENTARY EVIDENCE: none

CS-10.11A REVISED 04/9

000983

HPD EST 0007

# EXHIBIT 2F

CSDSP0 ... 2003/03/. 13:33:
TL - TL45

S. VICE INVESTIGATION WORK SH...

CASE#: 20030183956, TDCJ # 00999259, NAME: ESTRADA,LARRY EDGAR
CURRENT UNIT: TL, HOUSING: 12FB2 26, CLASS: , CUSTODY: D1, TYPE:
OFFENSE DATE: 031103, TIME: 11 : 03 AM, LOCATION: TL 12 BUILDING
CHARGING OFFICER: FORTEH, R. SGT. SHIFT/CARD: 1/
OFFENSE CODES: A) 12 . 1, B) , C) , D)
DESCRIPTORS: A) B) , C) , D)
PLEA: A) Not Guilty, B) , C) , D)
CLERK RCVD: 031303, SERVICE LAPSE DATE: 041003, SERVICE DATE: 3/14/03
CS ASSIGNED: S. Carter CSI SERVICE TIME: 1:30pm

COUNSEL SUBSTITUTE HAS BEEN APPOINTED BECAUSE:

A. ACCUSED IN ANY FORM OF SEGREGATION (DR)
B. EA BELOW 5.0 IQ BELOW 73
C. LITERACY IS QUESTIONABLE
D. ACCUSED HAS DIFFICULTY UNDERSTANDING ENGLISH
E. ACCUSED HAS REQUESTED COUNSEL SUBSTITUTE
F. ACCUSED HAS REQUESTED WITNESS WHO CAN NOT ATTEND THE HEARING
G. COMPLEXITY OF CASE WARRANTS COUNSEL SUBSTITUTE

A. OFFICER'S REPORT CLEARLY DESCRIBES THE INCIDENT IN QUESTION: YES ✓ NO
B. CHARGES LISTED WERE REVIEWED WITH REFERENCE TO TDCJ DISCIPLINARY RULES AND PROCEDURES: YES ✓ NO
C. OFFENSE DESCRIPTION IN REPORT SUBSTANTIATES EACH OF THE ALLEGED OFFENSES WERE VIOLATED: YES ✓ NO
IF NO, EXPLAIN:

1. THE ACCUSED WAS INFORMED OF THE FOLLOWING RIGHTS: YES NO
A. TO CALL AND QUESTION WITNESSES ✓
B. TO PRESENT DOCUMENTARY EVIDENCE ✓
C. TO BE REPRESENTED BY COUNSEL SUBSTITUTE ✓
D. TO CALL AND QUESTION THE CHARGING OFFICER AT THE HEARING ✓
E. THE ACCUSED STATES HE/SHE UNDERSTANDS REPORT, CHARGES AND RIGHTS ✓
F. THE ACCUSED STATES HE/SHE WISHES TO ATTEND HIS/HER HEARING

2. THE ACCUSED REASONS AND/OR DEFENSE: They came over here they got me on [illegible] they got on the [illegible] and [illegible] got [illegible] they never [illegible] anything about a [illegible] I know I got a [illegible] when I got back from a visit.

A. REQUESTED WITNESSES: N/A

B. REQUESTED DOCUMENTARY EVIDENCE: N/A

CS-10.11A REVISED 10/02

001091

HPD EST 0115

# EXHIBIT 2G

CSDSP040 T.D.C.J. 2005/07/21
TL - TL83 SERVICE INVESTIGATION WORK SHEET 15:32:46

CASE#: 20050320891, TDCJ # 00999259, NAME: ESTRADA,LARRY EDGAR ,
CURRENT UNIT: TL, HOUSING: 12EF1 74 , CLASS: , CUSTODY: D3, TYPE: S,
OFFENSE DATE: 071905, TIME: 12 : 45 PM, LOCATION: TL 12 BUILDING ,
CHARGING OFFICER: POOLE, S , SHIFT/CARD: 1/1,
OFFENSE CODES: A) 03 . 2, B) . , C) . , D) . ,
DESCRIPTORS: A) SA WP IN , B) , C) , D) ,
PLEA: A) Not Guilty B) , C) , D)
CLERK RCVD: 072105, SERVICE LAPSE DATE: 081805 , SERVICE DATE: 7/22/05
CS ASSIGNED: M. Jones CSI , SERVICE TIME: 1:50 ,

COUNSEL SUBSTITUTE HAS BEEN APPOINTED BECAUSE: Drow

- (A.) ACCUSED IN ANY FORM OF SEGREGATION
- (B.) EA BELOW (5.0) IQ BELOW (73)
- (C.) LITERACY IS QUESTIONABLE
- D. ACCUSED HAS DIFFICULTY UNDERSTANDING ENGLISH
- (E.) ACCUSED HAS REQUESTED COUNSEL SUBSTITUTE
- F. ACCUSED HAS REQUESTED WITNESS WHO CAN NOT ATTEND THE HEARING
- G. COMPLEXITY OF CASE WARRANTS COUNSEL SUBSTITUTE

A. OFFICER'S REPORT CLEARLY DESCRIBES THE INCIDENT IN QUESTION: YES X NO___
B. CHARGES LISTED WERE REVIEWED WITH REFERENCE TO TDCJ DISCIPLINARY RULES AND PROCEDURES: YES X NO___
C. OFFENSE DESCRIPTION IN REPORT SUBSTANTIATES EACH OF THE ALLEGED OFFENSES WERE VIOLATED: YES X NO___
IF NO, EXPLAIN:

| 1. THE ACCUSED WAS INFORMED OF THE FOLLOWING RIGHTS: | YES | NO |
|---|---|---|
| A. TO CALL AND QUESTION WITNESSES | X | |
| B. TO PRESENT DOCUMENTARY EVIDENCE | X | |
| C. TO BE REPRESENTED BY COUNSEL SUBSTITUTE | X | |
| D. TO CALL AND QUESTION THE CHARGING OFFICER AT THE HEARING | X | |
| E. THE ACCUSED STATES HE/~~SHE~~ UNDERSTANDS REPORT, CHARGES AND RIGHTS | X | |
| F. THE ACCUSED STATES HE/SHE WISHES TO ATTEND HIS/~~HER~~ HEARING | X | |

2. THE ACCUSED REASONS AND/OR DEFENSE:

Δ States I didnt assault her.

A. REQUESTED WITNESSES: None

B. REQUESTED DOCUMENTARY EVIDENCE None

CS-10.11A REVISED 10/03

144

LE004130

# EXHIBIT 2H

# CLINIC NOTES

TEXAS DEPARTMENT OF CRIMINAL JUSTI
INSTITUTIONAL DIVISION

Name: Elizalde Larry
TDCJ No.: DR 999259
Unit: Ellis

| Date & Time | Notes |
| --- | --- |
| 4/9/98 (CONT) | ideation/intent/plan. Intelligence is at least average, although testing with the short form of the [illegible] yielded an IQ equivalent of 86. His verbal skills and adaptive behavior are well into the average range by observation. |
| | (A) No Axis I |
| | (P) access to services explained. No interventions at this time. TTN |
| | Michael R. Gilhousen Ph.D. M. GILHOUSEN, PH.D. CORRECTIONAL PSYCHOLOGIST |
| 6/18/98 0930 | Offender seen as per need for psychological screening for the work capable. Mental status is unremarkable. cleared for program. |
| | [signature] Sanchez/Cmsn. |
| | [signature], M.A. |
| | Michael R. Gilhousen Ph.D. M. GILHOUSEN, PH.D. CORRECTIONAL PSYCHOLOGIST |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

# CLINIC NOTES

**TEXAS DEPARTMENT OF CRIMINAL JUSTIC**
**INSTITUTIONAL DIVISION**

**Name:** ESTRADA, LARRY
**TDCJ No.:** D.R. 999259
**Unit:** ELLIS

| Date & Time | Notes |
|---|---|
| 4/9/98 0900 | Offender seen as per unit policy regarding new Death Row inmate with written consent. |
| | Subjective |
| | This is a 19 year old hispanic male on Death Warrant from Harris County for capital murder & [illegible] for the death of a male store clerk during a robbery of a convenience store. He had a fellow partner who will be tried this summer. He has previous convictions for possession of marijuana & has a juvenile conviction for robbery and burglary of a habitation for which he was probated for 1 year. |
| | He has no mental health history. He did participate in a juvenile rehab. group while on probation. He completed the 10th grade & about half of the 11th grade & was then arrested for his capital murder case. He was going to Spring Branch Northbrook High School at the time. He has a large extended family who have been supportive of him while in county jail & he expects that the support will continue. He has a significant history of substance abuse (including speed, cocaine + pot + AMP, etc). |
| | Objective |
| | His mental status is unremarkable. Mood is euthymic, affect appropriate. No thought or perceptual distortions. He admits to some unusual experiences such as hearing his mother call his name or hearing his name called, but they did not distress him & they are clearly NOT psychotic in kind or proportion. He attributes this to his use of drugs, a rather likely scenario. He denies suicidal |

Please sign each entry with status.