# EXHIBIT 26

STATE OF TEXAS           )

                         )           IN RE:  LARRY EDGAR ESTRADA

HARRIS COUNTY            )

## AFFIDAVIT OF TERESA OCAMPO ESTRADA

My name is Teresa Ocampo Estrada; I am fifty-two years old and am a resident of Harris County, Texas. I state the following under penalty of perjury:

1. I was married to Larry's uncle Tiberio Estrada. He was from Las Anonas, the same village as Juana, Larry's mother.

2. I am from Rancho La Estancia, which is about a 35-minute walk from Las Anonas. I met Larry's mother Juana in Mexico. Her family was friendly, but very poor. They lived on the crops they planted and had nothing else. A family's well-being was determined by how much livestock they had. That was the difference between the richer and poorer families. I had an uncle who had cows, so we had the benefit of the cows. When Juana was growing up, her family did not have any cows. They could not eat meat.

3. There was a little girl in Las Anonas named Socorro, who didn't speak. It is possible she was mute, but something was wrong with her. Socorro was related to Juana. She did not seem able to do much on her own.

4. I remember Las Anonas when the main house was Don Miguel Estrada's and his family lived cramped in a few rooms. The houses there were very poor, constructed of earth or mud, and wood pieces that held up the house. There were some wooden

1

pieces to frame the house, but these were surrounded by mud. The homes usually had two rooms, about 20 x 15 feet each. All of the women and girls slept in one room and all of the men and boys slept in another room; sometimes the parents slept in their own room. All of the children in a family huddled together because there was so little sleeping space.

5. All the children worked in the field and in the kitchen. The littlest ones worked in the kitchen and milking the cows. The men and boys prepared the field for seeding. They pulled the plow with a yoke attached to an ox. Once the fields were ready, the girls helped to seed – and later harvested the tomatoes and chilies. We used fertilizer, which came in 25-50 pound bags and was carried to the fields on mule back. The fertilizer was divided into one-foot-tall plastic buckets and the girls and boys spread the fertilizer by hand.

6. There was no indoor plumping so we used the bathroom outside. Children carried water from a well to fill a small pool of water where they washed their clothes. This was how Larry's mother, Juana grew up.

7. Juana's mother Lencha died during child birth just like her sister Demetria. Demetria occasionally stopped by my house on her way back from Las Anonas. She hardly spoke and was very quiet. She would ask for nothing more than a glass of water. She was very humble, meek, and impoverished. She suffered from hunger and was very thin. Her face usually looked sad. Demetria walked hours from Huetamo just to reach my home. It was a hard trip for her to make.

8. There was no school in Las Anonas. Although there was as a school in La Estancia, I did not attend. It was common for girls not to go to school in those days. The teacher

from La Estancia, however, used to give me work to do at home. I would bring my completed assignments to him. This was an unusual arrangement and I was lucky to have been able to obtain some education that way.

9. Juana was approximately 15 years of age when I first met her. Not long after that, she was taken away by Rodolfo Jaimes. He brought her to La Estancia. It was likely she was taken by force as was often done with Estrada women by Jaimes men. She was gone for less than a week. People don't want to think about how badly it went for her. Rodolfo was able to take Juana because she was alone. She had no one to defend her since she was an orphan so she was an easy target. The Jaimeses were known to take young girls by force. A couple years later she moved to the United States.

10. I know a good deal about the Jaimeses because my first husband was a Jaimes and my mother is too. My uncle Don Emeregildo was the leader of the Jaimeses in La Estancia. When I first met Tiberio around 1980, Don Emeregildo told my mother that I couldn't marry Tiberio. My mother did not tell me until years later. The Jaimeses wanted to kill Tiberio because I married him against Don Emeregildo's wishes. That was a big factor in Tiberio's decision to go to the United States.

11. Everyone was poor in the area except for the Jaimeses because they took land and goods by force. The Jaimeses instigated the troubles with the Estrada family. I remember how bad it became after Tereso Estrada was shot in the back by Rodolfo Jaimes. The Jaimeses wanted to have all of the power in the *ranchos* in that region. They did not think that the Estradas were going to defend themselves, but they did.

3

12. The Jaimeses killed my paternal grandfather Juan Ocampo. They did not do the killing themselves. Like a lot of the murders they did, the Jaimeses paid others to do the killing. If anyone got in their way, they paid people to kill them.

13. Women were also often stolen by the Jaimeses. Don Emeregildo stole Don Miguel's wife. Don Miguel was Juana's maternal grandfather. Don Miguel had to save her.

14. My father ended up leaving town because of the Jaimeses. He would be dead if we had stayed there.

15. Don Emeregildo always wanted to start trouble. The Jaimeses killed other people besides the Estradas, too. I remember the Jaimeses killed a man whose wife was named Pilar Maya and the man's nephew. Around 1977, the Jaimeses killed almost ten Mora family members and ran the Moras out of La Estancia. The Jaimeses kept people subservient. Even though Don Emeregildo was killed in the 1981 shootout in La Estancia, which resulted in the Jaimeses moving to another state, the danger hadn't ended because the Jaimeses still wanted to kill the Estradas.

16. But unlike those other families, the Estradas defended themselves. In 1985, the Jaimeses killed Don Miguel's son Bertin in an ambush. They wanted to kill the Estrada men because they hated that the Estradas were standing up to them and fighting back. The Jaimeses also injured his wife Andrea Urrea. Bertin was travelling to Las Anonas. The Jaimeses were watching for him at the pass and that was where they ambushed him.

17. Bertin's murder was very sad. He was very charismatic, funny and chatty. He helped people out when he could. He took care of Socorro, the mute girl in the village. He took Juana and her brother Albertano into his home after their mother Lencha died. It

was customary to give orphans food, but not money. Bertin followed this custom with his support for Juana and Tano. Bertin himself was barely able to pay for most of what he needed for his own children, so he didn't really have money to give Juana and Tano, anyway.

18. Even the Estradas who left Mexico for the United States were not completely safe. For example, members of the Jaimes family tortured Eriberto Estrada to get information about the location of other Estrada family members. They captured Eriberto, beat him up and stuck his head in a pool of water so that he would talk.

19. I first met Larry after I moved to Houston in 1985. He was about 6 years old when I met him. Around this time, I lived in an apartment in the Pitner area, and Larry's family lived close to me.

20. Larry was always alone because Juana was working. She worked two jobs. She knew how to make sure the kids did not starve from hunger.

21. I began to know Larry very well when he was about fifteen years old. Juana had moved to Spring Branch and my home was near to where they lived. Larry would walk with his younger brother Sergio over to my house to eat. They were usually hungry. I made sure to have food available for my children and was happy to feed Larry and Sergio. Larry loved my tostadas. After Larry and Sergio ate they would stay briefly and then leave.

22. Larry looked sad and hunched over. He had a sullen appearance and his shoulders were usually slumped. He would not look me in the eyes when speaking and would not return my gaze.

23. I tried to speak with Larry when he came to visit, but he hardly spoke except to ask for food. I spoke to Larry in Spanish and he seemed to understand what I told him. However, when I asked simple questions in Spanish, like whether he had eaten or where his mom was, Larry just looked confused. Larry did understand "come eat" in Spanish. He spoke very quietly and usually answered, "yes or no." Another typical response would be for Larry to say "ok, ok".

24. Larry never said no to food. I always wanted him to speak to me in Spanish and I tried and tried to teach him. Sometimes I would tell him that if he wanted to eat food he had to speak Spanish. He would sit there silently, as if saying, "Auntie, what in the world are you doing?" He would look off to the side as if he was looking for someone to help him. The only thing I could do to help Larry understand what I meant was to show him with signs.

25. We laughed a lot at Larry because he didn't speak Spanish fluently. Larry spoke principally to ask for simple foods, but he couldn't get those words right. Everyone laughed at him. When we demonstrated to Larry how to say the word, Larry would repeat it over and over again aloud, trying to get it right, but he often could not. And even if he did get it right once, he would not be able to repeat the word correctly the next time he came over. Larry's Spanish was so poor that I thought Juana spoke to him in English. All my kids speak Spanish, so why wouldn't Larry if Juana spoke to him in Spanish? Even so, I do not remember hearing Juana speak to Larry in English.

26. Larry did not seem to have friends. He was shy and meek.

27. Larry's mother Juana has lived her sadness alone. She didn't talk to anyone about what she endured. We talk on the phone now and she tells me how she suffers for Larry's situation.

28. I remember when Juana was married an American. I saw him twice. He was very possessive. Juana had to do whatever he told her. He did not care about Larry or Sergio, Larry's half-brother. He wanted all of her attention for himself.

29. Juana did many things that the American wanted. She went to his church and tried to evangelize. She left the kids at home to go. It was a Baptist church. I saw Juana two or three times evangelizing at the flea market on Longpoint St. Juana was alone, without her kids. I was very surprised to see her especially because she was pregnant.

30. Juana was withdrawn during her relationship with the American. He acted roughly with her. I had the sense that he was beating her. He did not want Juana to be with her extended family.

31. Juana's absence in Larry's life was especially unfortunate because of the gangs operating at Northbrook High School. I struggled to make sure my two sons were not lured into the gangs. I remember when my son Gilberto was in 10th or 11th grade, two of his friends tried to get him in a gang. His teacher, who was from Monterrey, Mexico noticed that Gilberto might enter the gang and intervened. The teacher told me what was happening so each day I left work early to go to the school and see what was happening. The teacher put me behind a glass wall where I could see inside the classroom. The other guys wouldn't leave him alone. After each class, the teacher and I met with Gilberto in a private room and talked to him. I also talked to the other

7

boys and told them that I don't want him killed because he is not a bad kid. This went on for four or five weeks.

32. My older son, Silvino, also experienced pressure to join a gang, but didn't tell me until after. Silvino was stabbed in the back of his right shoulder with a pencil because he refused to join a gang, but didn't tell me at the time. He still has a scar on his right shoulder from the attack.

33. Since Juana wasn't around much, Presiliano and Catalino knew Larry was vulnerable. They were family and Larry did not understand that they could not be trusted even though they were related. I tried to talk to Larry, but I simply could not communicate with him in English. Even if I could have spoken to him in English, I don't know if he would have understood, and his Spanish wasn't good enough to understand this complicated an issue. At that time, I never went to Juana's house, because she was always working and hard to reach.

34. I attended two days of Larry's trial. It seemed like the prosecution was trying to put all the crimes on Larry. His attorney did not try to dispute what they said. Larry was naïve. He looked confused during the trial.

35. I never met with Larry's trial lawyer or spoke to him on the phone. I also never met or spoke with anyone who worked with him. The first time I was contacted by anyone from Larry's legal team was in September 2016. If anyone from Larry's legal team had contacted me when Larry was awaiting trial or after his conviction, I would have spoken with them and given them the same information contained in this statement; however, I spoke no English at the time, so it would have been necessary for them to communicate with me in Spanish. I also would have been willing to testify in Larry's

8

      case, help identify other people who knew Larry, or help in any other way I could.

36. In addition to providing this information, I would have also told Larry's legal team about a number of other witnesses who were responsible for looking after Larry, who lived near Larry, and who would have been willing to talk about his difficult upbringing and his mental limitations.

      Affiant further sayeth naught.

_____                    _____

Date                                                                Teresa Ocampo Estrada

In witness whereof I have hereunto subscribed my name and affixed my official seal this _____ day of _____, 2017.

_____

Signed Notary

Seal

ESTADO DE TEXAS           )
                          )           ASUNTO: LARRY EDGAR ESTRADA
CONDADO DE HARRIS    )

### DECLARACIÓN JURADA DE TERESA OCAMPO ESTRADA

Mi nombre es Teresa Ocampo Estrada; tengo cincuenta y dos años y soy residente del Condado de Harris, Texas. So pena de falso testimonio, declaro lo siguiente:

1. Estuve casada con Tiberio Estrada, tío de Larry. Él era de Las Anonas, la misma villa que Juana, madre de Larry.

2. Soy del Rancho La Estancia, que está a unos 35 minutos a pie de Las Anonas. Conocí a Juana, la madre de Larry, en México. Su familia era muy amigable, pero muy pobre. Vivían de los cultivos que plantaban y no tenían nada más. El bienestar de una familia estaba determinado por cuánto ganado tuvieran. Esa era la diferencia entre las familias más ricas y más pobres. Yo tenía un tío que tenía dos vacas, así que tenía el beneficio de las vacas. Cuando Juana estaba creciendo su familia no tenía ninguna vaca. No podían comer carne.

3. Había una niña pequeña en Las Anonas que se llamaba Socorro, no podía hablar. Es posible que fuese muda, o que le pasara algo malo. Socorro estaba relacionada con Juana. No parecía ser capaz de hacer mucho por sí misma.

4. Recuerdo que Don Miguel Estrada y su familia vivían amontonados en unos pocos cuartos de la casa principal de las Anonas. Las casas eran muy pobres, construidas con tierra y barro, y piezas de madera que sostenían la casa. Había algunas partes de madera

1

T.E

para hacer el marco de la casa, pero estaban rodeadas de barro. Las casas tenían usualmente dos cuartos, de 20 x 15 pies cada uno. Todas las mujeres y niñas dormían en un cuarto, y todos los hombres y niños dormían en otro cuarto; a veces los padres dormían en su propio cuarto. Todos los niños de la familia se apiñaban porque no tenían casi espacio para dormir.

5. Todos los niños trabajaban en el campo y la cocina. Los más pequeños trabajaban en la cocina y ordeñando las vacas. Los hombres y los niños preparaban el campo para la siembra. Araban con un yugo atado a un buey. Cuando los campos estaban listos, las niñas ayudaban a sembrar, y más tarde cosechaban tomates y chiles. Utilizábamos un fertilizante que venía en bolsas de 25-50 libras y lo llevábamos al campo en el lomo de una mula. El fertilizante se dividía en baldes plásticos de un pie de altura y las niñas y los niños lo esparcían a mano.

6. No había bombeo adentro, así que se usaba el baño de afuera. Los niños llevaban agua desde un pozo para llenar una pequeña pileta de agua donde se lavaban sus ropas. Así es como creció Juana, la madre de Larry.

7. La madre de Juana, Lencha, murió dando a luz como su hermana Demetria. Demetria a veces paraba en mi casa de camino de vuelta a Las Anonas. Casi no hablaba y era muy silenciosa. Solo pedía un vaso de agua. Era muy humilde, tímida y pobre. Tenía mucha hambre y estaba muy delgada. Su cara a menudo lucía triste. Demetria caminaba por horas desde Huetamo solo para llegar a mi casa. Era un viaje duro de hacer.

8. No había escuela en Las Anonas. Aunque había escuela en La Estancia, yo no iba. Era común que las niñas no fuesen a la escuela en esa época. El maestro de La Estancia, sin embargo, me daba trabajo para hacer en mi casa. Cuando terminaba los trabajos se los

2

T. E

llevaba. Esto era un arreglo inusual y tuve suerte de haber podido educarme de cierta manera de este modo.

9. Juana tenía aproximadamente 15 años cuando la conocí. No mucho después de eso, Rodolfo Jaimes se la llevó. Él se la llevó a La Estancia. Parece que fue a la fuerza, como hacían usualmente los hombres de la familia Jaimes con las mujeres de la familia Estrada. Se fue menos de una semana. La gente no quería pensar lo mal que estaría pasando. Rodolfo fue capaz de llevarse a Juana porque estaba sola. No tenía nadie para defenderla, porque era huérfana, entonces era un blanco fácil. Era usual que los Jaimes tomaran niñas jóvenes por la fuerza. Un par de años después se mudó a los Estados Unidos.

10. Conozco bastante acerca de los Jaimes porque ~~mi primer esposo era un Jaimes,~~ [T.E] y mi madre es Jaimes. Mi tío, Don Emeregildo era el líder de los Jaimes en La Estancia. Cuando conocí a Tiberio, alrededor de 1980, Don Emeregildo le dijo a mi madre que yo no podía casarme con Tiberio. Mi madre no me dijo hasta años después. Los Jaimes querían asesinar a Tiberio porque me casé con él en contra de los deseos de Don Emeregildo. Este fue un factor decisivo en la decisión de Tiberio de irse a los Estados Unidos.

11. Todos eran pobres en el área, excepto los Jaimes, porque tomaban tierras y mercancía por la fuerza. Los Jaimes instigaban problemas con la familia Estrada. Recuerdo lo mal que se puso todo cuando Rodolfo Jaimes le disparó a Tereso Estrada. Los Jaimes querían todo el poder sobre los ranchos de la región. No pensaban que los Estradas se fueran a defender, pero lo hicieron.

3

T.E

12. Los Jaimes asesinaron a mi abuelo paterno, Juan Ocampo. No lo asesinaron ellos mismos. Como muchos asesinatos que cometieron, los Jaimes les pagaron a otros para que lo asesinaran. Si alguien se ponía en su camino, le pagaban a alguien para matarlo.

13. Las mujeres a menudo eran robadas por los Jaimes. Don Emeregildo le robó la esposa a Don Miguel. Don Miguel era el abuelo materno de Juana. Don Miguel tenía que salvarla.

14. Mi padre terminó dejando el pueblo por los Jaimes. Si se hubiera quedado, hubiera muerto.

15. Don Emeregildo siempre quería empezar los líos. Los Jaimes también asesinaron a otros, aparte de los Estrada. Recuerdo que los Jaimes asesinaron a un hombre, cuya esposa se llamaba Pilar Maya, y al sobrino del hombre. Alrededor de ~~1977,~~ 1981 T-E los Jaimes asesinaron a casi diez miembros de la familia Mora y corrieron a los Mora de La Estancia. Los Jaimes tenían a la gente de esclava. Incluso cuando mataron a Don Emeregildo en el tiroteo de 1981 en La Estancia, que dio como resultado que los Jaimes se mudaran a otro estado, el peligro no había terminado, porque los Jaimes seguían queriendo asesinar a los Estrada. T.E

16. Pero, a diferencia de las otras familias, los Estada T.E se defendían. En ~~1985~~ 1981 los Jaimes asesinaron a Bertín, hijo de Don Miguel, en una emboscada. Querían matar a los hombres Estada porque odiaban que los Estrada se defendieran y pelearan. Los Jaimes también hirieron a su esposa, Andrea Urrea. Bertín estaba viajando a Las Anonas. Los Jaimes estuvieron vigilando el paso y fue allí que lo emboscaron.

17. El asesinato de Bertín fue muy triste. Era muy carismático, divertido y conversador. Ayudaba a la gente en cuanto podía. Cuidó de Socorro, la niña muda de la villa. Cuidó de Juana y su hermano, Albertano, en su casa, después de que muriera Lencha, su madre. Es costumbre darles comida a los huérfanos, pero no dinero. Bertín seguía esta costumbre

4

T.E

dándole apoyo a Juana y Tano. Bertín mismo apenas podía pagar la mayor parte de lo que necesitaba para sus propios hijos, así que realmente no tenía dinero para darles a Juana y Tano, de todos modos.

18. Incluso los Estrada que dejaron México para irse a los Estados Unidos no estaban completamente a salvo. Por ejemplo, los miembros de la familia Jaimes torturaron a Eriberto Estrada para obtener información acerca de otros miembros de la familia Estrada. Capturaron a Eriberto, lo golpearon y pusieron su cabeza en una pileta de agua para que tuvieran que hablar.

19. Conocí a Larry después de mudarme a Houston, en 1985. Tenía alrededor de 6 años cuando lo conocí. Alrededor de esos años yo vivía en un apartamento en el área de Pitner, y la familia de Larry vivía cerca.

20. Larry siempre estaba solo porque Juana estaba trabajando. Tenía dos trabajos. Sabía cómo asegurarse de que sus hijos no pasaran hambre.

21. Comencé a conocer mejor a Larry cuando él tenía alrededor de quince años de edad. Juana se mudó a Spring Branch y mi casa estaba cerca de donde vivían. Larry y su hermano, Sergio, venían caminando a mi casa para comer. Usualmente tenían hambre. Siempre me aseguraba que hubiera comida disponible para los niños y estaba feliz de alimentar a Larry y Sergio. Larry amaba mis tostadas. Luego de que Larry y Sergio comían se quedaban un rato corto y se iban.

22. Larry se veía triste y encorvado. Tenía una apariencia taciturna y sus hombros estaban usualmente caídos. No me miraba a los ojos cuando hablaba y no me devolvía la mirada.

23. Trataba de hablar con Larry cunado venían de visita, pero él hablaba muy poco, excepto cuando pedía comida. Hablaba con Larry en español y parecía entender lo que le decía.

5

T.E

Sin embargo, cuando le hacía preguntas simples en español, como si había comido o dónde estaba su madre, Larry se veía confundido. Larry entendía "ven a comer" en español. Hablaba suave y usualmente contestaba "sí" o "no". Otra respuesta usual de Larry era "ok, ok".

24. Larry nunca rechazó la comida. Siempre quería que me hablara en español e intenté enseñarle. A veces le decía que para poder comer tenía que hablarme en español. Se sentaba como diciendo "Tía, ¿qué estás haciendo?" Miraba de lado a lado, como buscando alguien que lo ayudara. Lo único que podía hacer para ayudar a Larry a entender lo que quería decir era con señas.

25. Nos reíamos mucho de Larry porque no hablaba fluido español. Larry habla principalmente para pedir comida, pero no podía decir eso correctamente. Todos se reían de él. Cuando le mostrábamos a Larry cómo decir una palabra, Larry la repetía una y otra vez en voz alta, intentando decirla bien, pero a menudo no podía. E incluso si la decía bien la primera vez, no era capaz de repetir la palabra correctamente la siguiente vez. El español de Larry era tan pobre que creía que Juana le hablaba en inglés. Todos mis hijos hablan español, así que ¿por qué Larry no podía, si Juana le hablaba en español? Incluso, no recuerdo que Juana le hablara en inglés a Larry.

26. Larry parecía no tener amigos. Era muy tímido e introvertido.

27. Juana, la madre de Larry, había vivido su tristeza sola. No le hablaba a nadie sobre las cosas que le habían pasado. Hablamos ahora por teléfono y ella me dice cuánto sufre por la situación de Larry.

T.E.

28. Recuerdo cuando Juana se casó con un estadounidense. Lo vi dos veces. Era muy posesivo. Juana tenía que hacer todo lo que le decía. A él no le importaba ni Larry ni Sergio, el medio hermano de Larry. Quería toda la atención para él.

29. Juana hizo muchas cosas que el estadounidense quería. Fue a su iglesia e intentó evangelizar. Dejó a sus hijos en la casa para ir. Era una iglesia Bautista. Vi a Juana dos o tres veces evangelizando en el mercado de pulgas de Longpoint St. Juana estaba sola, sin sus hijos. Estaba sorprendida de verla, especialmente porque estaba embarazada.

30. Juana era muy retraída durante su relación con el estadounidense. Él era muy brusco con ella. Tenía el presentimiento de que él la golpeaba. No quería que Juana estuviera con su familia.

31. La ausencia de Juana en la vida de Larry es especialmente desafortunada, porque las pandillas operan en Northbrook High School. Yo luché para que mis hijos no cayeran en pandillas. Recuerdo cuando mi hijo Gilberto estaba en 10º.u 11º grado, dos de sus amigos intentaron meterlo en una pandilla. Su profesor, que era de Monterrey, México, se dio cuenta de que Gilberto podía entrar en la pandilla e intervino. El profesor me dijo lo que estaba pasando, así que cada día salía del trabajo más temprano para ir a la escuela y ver qué estaba pasando. El profesor me puso detrás de una pared de vidrio para poder ver hacia adentro del salón. Los demás chicos no lo dejaban en paz. Después de cada clase, el profesor y yo nos reuníamos con Gilberto en un cuarto privado y le hablábamos. También hablé con los demás chicos, y les dije que no quería que lo asesinaran porque no es un mal chico. Esto siguió durante cuatro o cinco semanas.

32. Mi hijo mayor, Silvino, también fue presionado para unirse a una pandilla, pero no me contó hasta después. Apuñalaron a Silvino en la parte de atrás de su hombro derecho con

7

T.E

un lápiz, porque se rehusó a unirse a una pandilla, pero no me contó en ese momento. Todavía tiene una cicatriz en el hombro derecho del ataque.

33. Dado que Juana no estaba muy presente, Presiliano y Catalino sabían que Larry era vulnerable. Eran familiares y Larry no entendía que no podía confiar en ellos, aunque fuesen parientes. Intenté hablar con Larry, pero simplemente no podía comunicarme con él en inglés. Incluso si le hubiera hablado en inglés, no sé si me hubiera entendido y su español no era bueno para entender un asunto tan complicado. En esos tiempos, yo nunca iba a la casa de Juana, porque ella estaba siempre trabajando y era difícil encontrarla.

34. Fui dos días al juicio de Larry. Parecía que la fiscalía estaba intentando inculpar a Larry de crímenes. Su abogado no intentó disputar lo que decían. Larry es muy ingenuo. Se veía confundido durante el juicio.

35. Nunca conocí al abogado litigante de Larry ni hablé con él por teléfono. Tampoco conocí ni hablé con nadie que trabajara con él. La primera vez que estuve en contacto con algún miembro del equipo legal de Larry fue en septiembre de 2016. Si algún miembro del equipo legal de Larry se hubiera puesto en contacto conmigo cuando Larry estaba a la espera de juicio o luego de haber sido arrestado, hubiera hablado con ellos y les hubiera dado la misma información contenida en esta declaración; sin embargo, no hablaba inglés al momento, así que hubiese sido necesario que ellos se comunicaran conmigo en español. También hubiera estado dispuesta a testificar en el caso de Larry, ayudar a identificar a otras personas que conozcan a Larry o ayudar de cualquier modo que hubiera podido.

36. Además de proporcionar esta información, también le hubiera dicho al equipo legal de Larry acerca de la cantidad de testigos que eran responsables de cuidar a Larry, que

T.E

vivían cerca de Larry y que hubieran estado dispuestos a hablar acerca de su crianza difícil y de sus limitaciones mentales.

El declarante no tiene nada más que agregar.

2/14/17

Fecha

Teresa Ocampo Estrada

En fe de lo cual firmo el presente y estampo mi sello oficial el día 14 de February de 2017.

Firma del Notario

ANTHONY MICHAEL BARILLA
Notary Public, State of Texas
Comm. Expires 08-16-2020
Notary ID 130780644

Sello



February 13, 2017

**Certification**

**Park IP Translations**

This is to certify that the attached Spanish and English documents of Affidavit of Ocampo Teresa are to the best of my knowledge and belief, a true and accurate equivalent to each other.

*Amanda Varga*
_____

Amanda Varga

Project Manager

Project Number: MABR_1702_013

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com